UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNACKWATCH, INC., | CASE NO. C20-0746JLR |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| HABITAWARE, INC., | |
| Defendant. | |

On September 18, 2020, Magistrate Judge Theresa L. Fricke issued an order to show cause why this matter should not be dismissed for failing to comply with the time limitations set forth in Federal Rule of Civil Procedure 4(m) for serving the defendant with a summons and a copy of the complaint.[1]  (*See* OSC (Dkt. # 7) at 1-2 (citing Fed. R. Civ. P. 4(m)).)  Magistrate Judge Fricke warned Plaintiff Snackwatch, Inc. ("Snackwatch") that if it did not timely respond to the order to show cause, the court

---

[1] This case was recently reassigned from Magistrate Judge Fricke to the undersigned. (*See* 10/19/20 Min. Order (Dkt. # 8).)

ORDER - 1

1  would dismiss this action without prejudice.  (*See id.*)  Snackwatch's response was due

2  on October 2, 2020.  (*See id.*)  To date, Snackwatch has not responded to the court's

3  order to show cause.  (*See generally* Dkt.)  Accordingly, the court DISMISSES

4  Snackwatch's complaint without prejudice.

5          Dated this 22nd day of October, 2020.

6

7

8          JAMES L. ROBART
           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22